# TRADEMARK REGISTRATION

| Trademark | Registration No. | Date of Registration | RENEWED |
|---|---|---|---|
| **U.S. Trademark Registrations** | | | |
| McFarland Farms | 1,658,371 | 9/24/91 | |
| REX the Original | 1,639,311? | 3/26/91 | |
| REX | 1,633,536 | 1/29/91 | |
| RUN TO REX | 1,776,892 | 6/15/93 | |

**State Registrations**

| State | Trademark | | | |
|---|---|---|---|---|
| Arkansas | "REX" (inside design of a crown) | 14-93 | 2/24/93 | CURRENT |
| Arkansas | "REX" (inside design of a crown) | 13-93 | 2/24/93 | CURRENT |
| Colorado | [NOT PROVIDED - BUT EXPIRES 10/3/93] | T24876 | 10/3/83 | (EXPIRED) |
| Colorado | [Not provided] | T24856 | 10/3/83 | (EXPIRED) |
| Kansas | REX & Design [expires 10/24/93] | | 10/24/83 | 10/24/93 |
| Louisiana | REX and/or Crown Design | 41 | 12/5/83 | 12/08/93 |
| Missouri | REX and/or Crown Design [expires 9/30/93] | 7965 | 10/1/83 | 10/01/93 |
| Missouri | REX and/or Crown Design [expires 9/30/93] | 7966 | 10/1/83 | 10/01/93 |
| Oklahoma | REX & Design | 25116 | 7/29/92 | CURRENT |
| New Mexico | Rex the Original (Design on file) | TK 9102517 | 2/25/91 | CURRENT |
| Texas | REX & Design [expires 12/8/93] | 42808 | 12/8/83 | (?)* |
| Texas | REX & Design [expires 12/8/93] | 42809 | 12/8/83 | (?)* |

*Expiration date 12/8/93. No renewal has been received as of this date, but all info not in Texas Trademark department computers yet.

## ASSIGNMENT

WHEREAS, McFarland Farms, Inc. an Oklahoma corporation, doing business at 2007 West Houston, Broken Arrow, Oklahoma 74012, is the present owner and corporate Registrant and user of the following trademark which is registered in the United States Patent and Trademark Office:

| SERIAL NUMBER | FILING DATE | REGISTRATION NUMBER | TRADEMARK |
|---|---|---|---|
| 74-011, 850 | 12-18-1989 | 1,658,371 | McFarland Farms |

WHEREAS, McFarland Farms, Inc., desires to assign all its rights, title and interest in and to the registered trademark listed above to Rex Chicken, L.L.C., an Oklahoma limited liability company, at 5520 N. Francis, Oklahoma City, Oklahoma 73118, together with the goodwill inhering in and associated with said trademark; and

WHEREAS, Rex Chicken, L.L.C. is desirous of acquiring said trademark and the registration thereof.

NOW THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, said McFarland Farms, Inc. does hereby assign, transfer and set over unto Rex Chicken, L.L.C. all rights, title and interest in and to the trademark, and said registration, together with the goodwill of the business symbolized by the trademark listed above.

EXECUTED this ___ day of _Dec._____, 1993.

McFARLAND FARMS, INC.

By: _____
Dollie McFarland, President

State of Oklahoma   )
                    ) ss.
County of Tulsa     )

Subscribed and sworn to before me this ___ day of December, 1993.

_____
Notary Public

My Commission Expires: 11-22-96
[SEAL]

ASSIGNMENT OF REGISTRATION

State of __Oklahoma__
County of __Tulsa__

Whereas __McFarland Distributors, Inc. AKA McFarland Distributions, Inc.__
(Name of Assignor)

of __P.O. Box 55445__
(Address of Assignor)

has adopted, used and is using the mark __Rex & Design__
(Name of Mark)

which is registered with the Secretary of State of Texas as Registration No. __42808__, dated __December 8, 1983__ and,

Whereas __Rex Chicken, L.L.C.__
(Name of Assignee)

of __5520 N. Francis, Oklahoma City, OK 73118__
(Address of Assignee)

is desirous of acquiring said mark and registration thereof;

Now, therefore, for good and valuable consideration, receipt of which is hereby acknowledged, said __McFarland Distributors, Inc. AKA McFarland Distributions, Inc.__
(Name of Assignor)

does hereby assign unto said __Rex Chicken, L.L.C.__ all right,
(Name of Assignee)

title and interest in and to said mark, together with the good will of the business in which the mark is used (or that part of the good will of the business connected with the use of and symbolized by the mark) and the Registration No. __42808__ thereof.

__McFarland Distributors, Inc.__
(Name of Assignor)

By __Dollie McFarland__ (signature)
(Signature, Title)
Dollie McFarland, President

Subscribed and sworn to before me this __22__ day of __December__, 19__93__

__Pauline Huddleston__ (signature)
(Signature Notary Public)

__PAULINE HUDDLESTON__
(Print Name of Notary Public)

My Commission Expires on __22__ day of __Nov__, 19__96__

NOTICE: This is a sample form only. The Secretary of State makes no

# STATE OF ARKANSAS
## Office of Secretary of State
# Assignment of Registration

\*\*\* $20.00 \*\*\*

State of __Oklahoma__  
County of __Tulsa__ } ss.

Whereas __McFarland Distributors, Inc.__ (name of assignor) of __2007 West Houston, Broken Arrow, OK 74012__ (address) has adopted, used and is using the mark which is with the Secretary of State of Registration No. __13-93__, dated __February 24, 1993__, and;

Whereas __Rex Chicken, L.L.C.__ (assignee) of __5520 N. Francis, Oklahoma City, OK 73118__ (address) is desirous of acquiring said mark and registration thereof;

Now, therefore, for good and valuable consideration, receipt of which is hereby acknowledged, said __McFarland Distributors, Inc.__ (assignor) does hereby assign unto said __Rex Chicken, L.L.C.__ (assignee) all rights, title and interest in and to said mark, together with the good will of the business in which the trademark is used (or that part of the goodwill of the business connected with the use of and symbolized by the trademark) and the Registration No. __13-93__ thereof.

McFarland Distributors, Inc. (assignor)

By _Dollie McFarland, President_  
Dollie McFarland, President

Subscribed and sworn before me this __22nd__ day of __December__, 19__93__.

_Pauline Huddleston_  
Notary Public

State of Kansas/Trade-Mark or Service-Mark Form

# Registration Assignment Form TR

1. Trade-mark or Service-mark __REX and/or Crown Design__

2. Classification __Service Class 1__

3. Current Owner __McFarland Distributors, Inc. AKA McFarland Distributions, Inc.__

4. Address __P.O. Box 55445, Tulsa, OK 74101__

5. Expiration Date __October 24, 2003__

The above does hereby assign said trade-mark or service-mark to the following:

6. New Owner __Rex Chicken, L.L.C.__

7. Address __5520 N. Francis, Oklahoma City, OK 73118__

McFarland Distributors, Inc.

Signature: __Dollie McFarland, President__
(current owner)
Dollie McFarland, President

Fee for assignment is $5.00 per classification, per mark. Please send a separate form for each additional assignment. (Form may be photocopied.)

Mail to:
Secretary of State
Trade-Mark Section
2nd Floor, State Capitol
Topeka, KS 66612-1594







# State of Missouri

# Assignment of Mark Registration

Whereas __McFarland Distributors, Inc. AKA McFarland Distributions, Inc.__,
(name of assignor)

of __P.O. Box 55445, Tulsa, OK   74101__,
(address)

has adopted, used and is using a mark which is registered in the State of Missouri, Registration No. __7966__, dated __October 1, 1993__: and

Whereas __Rex Chicken, L.L.C.__,
(name of assignee)

of __5520 N. Francis, Oklahoma City, OK   73118__
(address)

is desirous of acquiring said mark and the registration thereof;

Now, therefore, for good and valuable consideration, receipt of which is hereby acknowledged, said

__McFarland Distributors, Inc. AKA McFarland Distributions, Inc.__ does hereby assign unto the said
(name of assignor)

__Rex Chicken, L.L.C.__ all right, title and interest in and to the said
(name of assignee)

mark, together with the good will of the business symbolized by the mark, and the above identified registration thereof.

McFarland Distributors, Inc.

_[signature]_

(signature of assignor: if assignor is a corporation or other juristic organization, give the official title of the person who signs for assignor)

State of __Oklahoma__        Dollie McFarland, President

County of __Tulsa__  } ss

On this __22nd__ day of __December__, __1993__, before me appeared __Dollie McFarland__, the person who signed this instrument, who acknowledged that he/she signed it as a free act on his/her own behalf (or on behalf of the identified corporation or other juristic entity with authority to do so).

_[signature]_ Pauline Huddleston
(signature of notary public)

Comm. 30 (1/93)





FEE: $15.00

FILE IN DUPLICATE

## ASSIGNMENT OF TRADEMARK

PRINT CLEARLY

CERTIFICATE NO:

TO THE SECRETARY OF STATE OF THE STATE OF OKLAHOMA:

1. Name of Trademark: __"REX" & Design__

2. Trademark Registration No. __25116__   Date of Registration: __11-18-92__

3. Present Owner: __McFarland Distributors, Inc.__

4. Address of Present Owner: __2007 West Houston, Broken Arrow, OK  74012__

5. Trademark assigned to: __Rex Chicken, L.L.C.__
   (NEW OWNER)
   __5520 N. Francis, Oklahoma City, OK  73118__
   (ADDRESS)

6. All rights, title and interest in and to said mark, together with the good will of the business in which the trademark is used or that part of the good will of the business connected with the use of and symbolized by the trademark and the registration of such mark no. __25116__ thereof, shall be assigned to above new owner.

McFarland Distributors, Inc.

__/s/ Dollie McFarland__
(SIGNATURE OF ASSIGNOR)
Dollie McFarland, President

### INDIVIDUAL ACKNOWLEDGEMENT

State of _____ )
County of _____ )

The foregoing instrument was acknowledged before me this _____ day of _____, 19____, by _____.

_____
(NOTARY PUBLIC)

My Commission expires: _____
(NOTARY SEAL)

### CORPORATION OR PARTNERSHIP ACKNOWLEDGEMENT

State of __Oklahoma__ )
County of __Tulsa__ )

The foregoing instrument was acknowledged before me this __22nd__ day of __December__, 19__93__, by __Dollie McFarland__ in her capacity as __President__ of and on behalf of __McFarland Distributors, Inc.__, a _____.

__/s/ Pauline Huddleston__
(NOTARY PUBLIC)

My Commission Expires: __11-22-96__
(NOTARY SEAL)

(SOS FORM 0047)

## ASSIGNMENT OF REGISTRATION

State of  Oklahoma
County of  Tulsa

Whereas   McFarland Distributors, Inc.
(Name of Assignor)

of   2007 W. Houston, Broken Arrow, OK  74012
(Address of Assignor)

has adopted, used and is using the mark "REX THE ORIGINAL"
(Name of Mark)

which is registered with the Secretary of State of ~~TEXAS~~ New Mexico as

~~Registration~~ File No. TK91022517, dated February 21, 1991  and,
(expiration date February 25, 2001)

Whereas   Rex Chicken, L.L.C.
(Name of Assignee)

of   5520 N. Francis, Oklahoma City, OK  73118
(Address of Assignee)

is desirous of acquiring said mark and registration thereof;

Now, therefore, for good and valuable consideration, receipt of which is hereby acknowledged, said   McFarland Distributors, Inc.
_____  does hereby assign unto said
(Name of Assignor)

Rex Chicken, L.L.C.   all right,
(Name of Assignee)

title and interest in and to said mark, together with the good will of the business in which the mark is used (or that part of the good will of the business connected with the use of and symbolized by the mark) and the Registration No. _____ thereof.

McFarland Distributors, Inc.
(Name of Assignor)

By _Dollie McFarland, Pres_
(Signature, Title) Dollie McFarland, Pres.

Subscribed and sworn to before me this 22nd day of December, 1993

_Pauline Huddleston_
(Signature Notary Public)

PAULINE HUDDLESTON
(Print Name of Notary Public)

My Commission Expires on 22 day of NOV., 1996.

NOTICE: This is a sample form only. The Secretary of State makes no

SS: TM-3 (REV. 3/90)

MAIL TO:
Colorado Secretary of State
Corporations Office
1560 Broadway, Suite 200
Denver, Co. 80202
~~XXXXXXXXXXXX~~
(303) 894-2251

SUBMIT ONE FORM ONLY
Filing fee $10.00
This document must be typewritten

## ASSIGNMENT OF TRADEMARK

McFarland Distributors, Inc. AKA McFarland Distributions, Inc. _____ whose
(an Oklahoma Corporation) (1)

Post Office address is P.O. Box 55445
                      number and street

Tulsa , OK   74101 , has adopted and use the trademark
city or town   state   zip

No. T24876 _____ Classification number 100

registered under the laws of the state of Colorado, dated October 3, 1983.

Rex Chicken, L.L.C. _____ whose

Post Office address is 5520 N. Francis
                      number and street

Oklahoma City , OK   73118 , is desirous of acquiring this
city or town   state   zip

trademark No. T24876 _____ Classification number 100.

NOW, THEREFORE, TO ALL WHO IT MAY CONCERN:
BE IT KNOWN THAT McFarland Distributors, Inc. AKA McFarland Distributions, Inc. by these presents

does assign and transfer to Rex Chicken, L.L.C.

its successor(s) and assigns, the entire right, title and interest in this trademark and the registration thereof, together with the good will of the business in connection with which this mark is used.

Dated December 22, 1993   McFarland Distributors, Inc.
                          Name of Owner

                      By _____
                         Signature Dollie McFarland, Pres

Subscribed and sworn to before me this 22nd day of December, 1993

_____
Notary Public

Note (1) Indicate whether a sole proprietorship, partnership or corporation, and state of organization.

SS: TM-3 (REV.8/90)

MAIL TO:
Colorado Secretary of State
Corporations Office
1560 Broadway, Suite 200
Denver, Co. 80202
~~XXXXXXXXXXXX~~
(303) 894-2251

SUBMIT ONE FORM ONLY
Filing fee $10.00
This document must be typewritten

## ASSIGNMENT OF TRADEMARK

McFarland Distributors, Inc. AKA McFarland Distributions, Inc. _____ whose (1)
( an Oklahoma Corporation )

Post Office address is P.O. Box 55445
                        number and street

Tulsa, OK  74101, has adopted and use the trademark
city or town  state  zip

No. T24856  Classification number 46

registered under the laws of the state of Colorado, dated October 3, 1983.

Rex Chicken, L.L.C. _____ whose

Post Office address is 5520 N. Francis
                        number and street

Oklahoma City, OK  73118, is desirous of acquiring this
city or town  state  zip

trademark No. T24856  Classification number 46.

NOW, THEREFORE, TO ALL WHO IT MAY CONCERN:

BE IT KNOWN THAT McFarland Distributors, Inc. AKA McFarland Distributions, Inc. by these presents

does assign and transfer to Rex Chicken, L.L.C.

its successor(s) and assigns, the entire right, title and interest in this trademark and the registration thereof, together with the good will of the business in connection with which this mark is used.

Dated December 22, 1993   McFarland Distributors, Inc.
                           Name of Owner

By _Dollie McFarland President_
   Signature  Dollie McFarland, Pres.

Subscribed and sworn to before me this 22nd day of December, 1993

_Pauline Huddleston_
Notary Public

Note (1) Indicate whether a sole proprietorship, partnership or corporation, and state of organization.