6

APR-13-2010  16:20          MAGNUM FOODS                                          P.02/02

To clarify our position at Magnum Foods it was never our intent to abandon the Federal Rex Trade Mark Registration #1633536. Prior to my initial contact in 2008 with Terri McAuliff I had been exploring the future possibilities of our Rex Chicken products, concepts and applications as would any one in my position. I have had several conversations with Terri since then regarding the Assignment of the Rex Trademark. As president of Magnum Foods./Rex Chicken LLC on April 1 2010 I assigned the Federal Trademark and all of the rights back to the children of Dollie McFarland, Joe Johnson and Terri McAuliff former officers and shareholders of McFarland Distributors.Inc, Original Assignor.

The Assignment reflects a good will consideration but our prior relationship with Dollie McFarland was the determining factor for assigning it back to them as the original owners. Dollie was also a share holder in Rex Chicken LLC and a consultant to our company until she sold.. I was confident in returning the mark because of their 30 plus years experience in developing and operating Rex Chicken restaurants and its concepts\ along with their previous track record of growth and desire to protect the trademark so that Rex Chicken could have a successful future.

*[signature]*
PRESIDENT
MAGNUM FOODS

*[signature]* Teresa M. Coffman
Notary Public

TERESA M. COFFMAN
NOTARY PUBLIC - STATE OF OKLAHOMA
MY COMMISSION EXPIRES: MAY 14, 2011
MY COMMISSION # 07004701

TOTAL P.02
REX-213