

REX-208



REX-209





```
              GOOD  EVENING
        WELCOME TO BALLARDS DRIVE IN
         28    04/01/10 18:48:10           41
           K1

         3 MEX BASK                       18.57
         1 REX BASK                        5.89

         2 LG DRINK                        2.98
          2ICED TEA                         .00
              2S
         1 LG DRINK                        1.49
          1ICED TEA                         .00
                                    ─────────
                                   ST   28.93
                                   TX    2.60

         A      TOTAL                    31.53

                  CH                       .47
```

REX-211

