® 2011 Southwestern Directory Co.                                   RESTAURANTS 79



*Since 1951*
**Ballard's DRIVE - IN**
BURGERS • SHAKES
CYCLONES

# BALLARD'S DRIVE-IN
*Good Food Fast*
## 405-238-6456
100 Ballard Road • Pauls Valley
Located at I-35 & Hwy 19 On the Access Road
(Just Behind Valero Truck Stop)
**Hours: 10:00 am to 8:00 pm • 7 Days a Week**
If you want your food prepared a certain way be sure
and tell us otherwise we will do it our normal way -Thank You
***Prices Subject To Change Without Notice***

## BURGERS

| | |
|---|---|
| Basket orders have french fries & cole slaw | 2.24 |

Beltbuster W Cheese............................ 4.69
Beltbuster........................................... 4.29
Charburger......................................... 3.09
Hamburger......................................... 2.79
Chili Burger ....................................... 3.39
Pizza Burger ..................................... 3.09
Bacon Burger .................................... 3.39
Hickory Burger .................................. 2.99
Mini Burger ....................................... 2.04
Steak Sandwich................................. 3.59
Bar-B-Que Beef ................................ 3.39
Fish Sandwich................................... 3.39
Rex Breast Sandwich (Fried)
     (Grilled .25 Extra) ........................... 3.09
Grilled Ham....................................... 3.19
B.L.T. On Toast-Bacon....................... 2.99
Grilled Cheese (DBL Cheese)............... 2.29
Corn Dog........................................... 1.89
Chili Pie Corn Chips .......................... 2.39
Foot Long Coney............................... 2.99
Reg Size Coney ................................. 1.89
Foot Long Hot Dog............................ 2.39
Reg Size Hot Dog.............................. 1.59
Chili Bun (King).................................. 2.39
Chili Bun (Reg. long Bun) .................... 1.69
Pizza Pocket (sausage-sauce-cheese) ........ 2.39

Cheese on any Sandwich...Reg .40 ......... Sm .20
Pickle Relish .................................... .15
King Size meat patty...1.50  Sm ................ 1.40
All Meat Wiener................................. .45
Sliced jalapeño Peppers ................... .50

## SIDE ORDERS
                                               Lg. ...... Reg.
French Fries ................................. 2.39 ....... 1.49
Tater Tots .................................... 2.39 ........ 1.49
Fried Okra .................................... 2.49 ........ 1.59
Onion Rings ................................. 2.69 ........ 1.89
Cheese Balls................................. 2.39 ........ 1.49
Mozzarella Sticks  ............... (10) 5.29 ... (6)3.19
Jalapeno Crisp ..................... (6) 4.69 ... (4)3.19
Mini Corn Dogs..................... (6) 2.69 ... (4)1.79
Hush Puppies....................... (10)1.89 ... (6)1.19

## DINNERS
Shrimp (Fantail)............................................5.89
Shrimp (8 Oz. Popcorn)...............................6.59
Shrimp (4 oz Popcorn) ................................4.99
Chicken Fried Steak (Gravy Included) ...........5.89
Steak Finger (Gravy Included)......................5.89
Rex Breast (Fried) (Grilled .25 Extra).............5.29
Catfish Filet (Hush Puppies-no Toast) ...........5.39
Chicken Liver ..............................................5.09
Chicken Gizzard.......................................... 5.09
All Dinners Served with French Fries,
Cole Slaw, Toast & Honey

Order Of Chicken Gizzards Only ................ 4.29
Order Of Chicken Livers Only .................... 4.29
Cup Of Peppered Cream Gravy.................... .79
Piece Of Texas Toast & Honey..................... .89
Combination Salad ....................................2.19
Chef Salad .................................................4.39
Cup of Peppered Cream Gravy ................... .79
Piece of Texas Toast & Honey .................... .89

### REX BONELESS CHICKEN
The Original Bite Size Pieces Of Breast Meat
Rex Basket (Original Seasoning) .............. 5.89
    (Chicken, Fries, Cole Slaw, Toast & Honey)
Rex Chicken Only (Chicken, Toast & Honey) ..3.79
Mex-Rex Basket (Jalapeno Seasoning)..........6.19
Mex-Rex Chicken Only ...............................4.09
Rex Breast Filet Sandwich.... .....................3.09
    (Fried (Grilled .25 Extra) Mayonnaise, Lettuce & Tomatoes
Cup of Peppered Cream Gravy .79   BBQ sauce .25

### MEXICAN FOOD
Burrito Only (Beef & Bean).........................1.39
Burrito (Beef & Bean).................................4.79
Chili, Cheese, Onions, Lettuce & Tomato
Tacos.............................. 1.29 each   3 for 3.79
Meat, Cheese, Lettuce & Tomato
Nachos......................................................2.79
Poncho Nacho Chips Spicy Cheese Sauce & Chili....3.59
Sliced Jalapeno Peppers ............................ 50

### WE ALSO HAVE...
***Fountain Drinks, Dairy Desserts
Sundaes, Other desserts***