

  

  

  

home | franchising | menu/ordering | locations | contact us

©2011 Camille's Sidewalk Café. All Rights Reserved.
site designed by Triad

Founders Camille and David Rutkauskas have expanded their offerings to include Corporate Catering and a new expanded Breakfast Menu. Camille's Sidewalk Cafe now has 84 cafes in 27 states. With over 900 territories in development worldwide Camille's Sidewalk Cafe continues to grow and provide their market with a fresh alternative to fast food, in an atmosphere where you can... Eat, Relax and Enjoy!



This footer does not appear when using a registered version of Web Snapper.

 © Copyright 2008 TastyApps.com (TM). All rights reserved.

